**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6185

_____

CLAYTON VINES,

Plaintiff - Appellant,

v.

JASON S. MIYARES, Attorney General; MEGAN L. O'BRIEN, Assistant
Attorney General; SURBHI BANSAL, Medical Doctor, Ophthalmology Practice,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk.  Arenda L. Wright Allen, District Judge.  (2:23-cv-00252-AWA-DEM)

_____

Submitted:  April 28, 2026                                    Decided:  May 1, 2026

_____

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Clayton Vines, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton Vines seeks to appeal the district court's order dismissing his amended civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on December 11, 2025, and the appeal period expired on January 12, 2026. *See* Fed. R. App. P. 26(a)(1)(C). Vines filed the notice of appeal, at the earliest, on January 20, 2026. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988). Because Vines failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2